UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:24 CR 190 |
| | ) | |
|     Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| RONDALE L. MILLER, | ) | REFERRAL TO U.S. PROBATION |
| | ) | <u>OFFICE</u> |
|     Defendant | ) | |

    This case is before the Court on a Report and Recommendation filed by former United States Magistrate Judge Reuben J. Shepherd, regarding the change of plea hearing of Rondale L. Miller, which was referred to the Magistrate Judge with the consent of the parties.

    On May 30, 2024 the government filed a 1 count Indictment, charging Defendant Miller with, Felon in Possession of Firearm and Ammunition, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8). On June 7, 2024, Magistrate Judge Knapp held an arraignment, during which Mr. Miller entered a plea of not guilty to the charge. On October 9, 2024 Magistrate Judge Sheperd received Defendant's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

    Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

    On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Miller is found to be competent to enter a plea and to understand his constitutional rights. He is aware of

the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Rondale L. Miller is adjudged guilty to count 1 of the Indictment, in violation of Title 18 U.S.C. §§ 922(g)(1).  This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will be held on January 29, 2025 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

                                                    /s/*SOLOMON OLIVER, JR.*  
                                                    UNITED STATES DISTRICT JUDGE

October 23, 2024